IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division

No. 5:13-CR-287-1F

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **ORDER** |
| v. | |
| DASHAWN T. CHANCY, | |
| Defendant. | |

THIS MATTER is before the court on Defendant's unopposed *Motion for Extension of Time to File Objections to Presentence Report and to Continue Sentencing Hearing*, filed on April 24, 2014. Based on the information contained therein, and for good cause shown, Defendant's motion is GRANTED and Defendant is ordered to file objections to the Presentence Report no later than ___May 8___, 2014. Defendant's sentencing hearing is continued to the _June 2, 2014_ term of Court.

SO ORDERED, this _29_ day of April, 2014.

*James C. Fox*
The Honorable James C. Fox
Senior United States District Judge