IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division

No. 5:13-CR-287-1F

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **ORDER** |
| DASHAWN T. CHANCY, | |
| Defendant. | |

Upon motion of Defendant Dashawn Chancy to seal the filing at DE 79, for good cause shown, the motion is GRANTED and it is hereby ORDERED that the filing at DE 79 be sealed until further order of the Court.

SO ORDERED.

This the 28th day of May, 2014.

_James C. Fox_
THE HONORABLE JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE